# G.I. should band together against strip club

By Shay McGowan 533 Linden Ave. | Posted: Sunday, March 22, 2015 12:15 am

My wife and I were born and raised in Grand Island. When I graduated from dental school, we wanted to come back to Grand Island because we loved the community, the schools, it was a great place to grow up and we wanted our young, growing family to be immersed in that same culture. Our city is known for its work ethic, our pioneering spirit and our morals.

I was 12 years old when the 1980 tornados hit; our community banded together like never before, and we became even stronger because that was just who we were. Another tornado is on the horizon and our community is being called out. Lincoln porn-site operator Shane Harrington is proposing to open a new strip club in Grand Island or Hall County because "there is a huge market out there." He is right, the adult entertainment business is indeed huge. In fact it is bigger than MLB, the NBA and the NFL combined. It generates over $16 billion a year. That is a problem that is way out of control.

This business knows no boundaries. It is a direct assault on men, women, children and their families. It destroys marriages, bankrupts families, draws drug abuse and traffics women. These young precious women Mr. Harrington is referring to are someone's little girl, someone's granddaughter, and they are being taken advantage of for cheap entertainment — well, not cheap, $16 billion worth.

We have an amazing new mayor in Jeremy Jensen. He is doing a great job in uniting Grand Island even more. Grand Island is still an incredible place to live — our future is bright, but that tornado on the horizon is a scary sight. For our community, our families, our children, for the war on men and women all across our country, we must fight Shane Harrington and the adult entertainment industry. They must know that our community is united, that we care about each other, and that they are not welcome here. As in the case of the 1980 tornadoes, it's time to ban together and show what we are made of — we didn't make it through that time by backing down. I urge everyone to once again to not back down, stay united and stay strong together.

We must pray for Shane Harrington and his family that God would allow him to hear and his eyes to be open so that he can be changed from the inside out.