IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON and MIDWEST GIRLS CLUB,  Plaintiffs,  vs.  HOBART RUPE, et al.,  Defendants. | 4:15-CV-3158  ORDER |

This matter is before the Court on the plaintiffs' Notice of Dismissal (filing 36). The motion will be granted.

IT IS ORDERED:

1. The Notice of Dismissal (filing 36) is granted.
2. The claims asserted between the plaintiffs and Robert Bailey, Robert Batt, Keith Baumfalk, Shay McGowan, Donna Fegler Daiss, Chris Kolb, Dennis Leonard, Sean Caradori, Robert Frank, Bradley Rice, Thomas Schwartan, Steve Thomlison, Mike Jahnke, Wendy Wussow, Fred King, and Tim Young are dismissed without prejudice.
3. The parties shall bear their own costs and fees with respect to those claims.
4. Robert Bailey, Robert Batt, Keith Baumfalk, Shay McGowan, Donna Fegler Daiss, Chris Kolb, Dennis Leonard, Sean Caradori, Robert Frank, Bradley Rice, Thomas Schwartan, Steve Thomlison, Mike Jahnke, Wendy Wussow, Fred King, and Tim Young are terminated as parties to this case.

Dated this 12th day of January, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge