

Lisa Hulsmann
710 N Webb Rd
Grand Island
Get a Quote

FARM BUREAU FINANCIAL SERVICES

$10 Voucher for only $6!
Come and enjoy the taste of authentic Mexican cuisine.
Get Today's Deal at: dailydealgrandisland.com

Home  News  Local News

# Liquor official: Harrington's business plan 'not legal'

Story  Comments                                    Print   Font Size:

Posted: Thursday, December 17, 2015 11:00 pm

**By Tracy Overstreet**
tracy.overstreet@theindependent.com

Nebraska Liquor Control Commission Director Hobert Rupe said a business plan that would allow patrons of a Hastings strip club to bring their own beer to the club is not legal.

Rupe said Chapter 53 of the Nebraska Revised Statutes is clear about that. He specifically referenced section 53-186.01, which states: "It shall be unlawful for any person owning, operating, managing, or conducting any dance hall, restaurant, cafe, or club or any place open to the general public to permit or allow any person to consume alcoholic liquor upon the premises except as permitted by a license issued for such premises pursuant to the Nebraska Liquor Control Act."

Posted on Dec 17, 2015 by Tracy Overstreet

Harrington maintains that allowing patrons to bring in their own beer is legal because the Midwest Girls Club is a private membership club, which means it's private property. He said it's not any different than inviting a friend over to one's home and the friend bringing a six-pack.



"I disagree," Rupe said.

The private membership aspect makes no difference, he said.

"Private golf courses have liquor licenses and that's why," Rupe said.

The statute states alcohol consumption is prohibited without a license for any "dance hall, restaurant, cafe, or club or any place open to the general public." The list says "or," not "and," so any of the five locations listed is subject to licensing.

Rupe said the statute goes on to say that it's illegal to be consuming and there are penalties — a Class IV misdemeanor for the first offense, a Class II misdemeanor for the second offense to be operating the club and a Class III misdemeanor to be consuming in the club.

That means Harrington as owner, and patrons in the club, could all be subject to fines.

Rupe said he has no enforcement power over Harrington's re-opening of the Midwest Girls Club at 8 p.m. Thursday. The club's website lists several events at the club on Thursday, Friday and Saturday evenings. Rupe said enforcement over the club will be subject to city police, local sheriff's deputies or the Nebraska State Patrol.

**Independent Videos**  MORE



More videos:
  


Santa's one stop shop... Green Line in Grand Island!
Up to 50% off select apparel
15% off toys & merchandise
4050 W. Stolley Park Rd • Grand Island, NE 68802
308.384.8777 • greenlineequip.com
JOHN DEERE   GREEN LINE

**Trending**

Liquor official: Harrington's business plan 'n...   news/local

State postcards causing confusion about property t...   news/local

Teen flown to Lincoln after car accident Saturday ...   news/local

GiCareerFinder | GiHomeFinder

## FEATURED JOBS

**Volunteer Coordinator**
12.13.15 | Social Services and Non-Profit

**Production Workers**
12.13.15 | Manufacturing

Home  News  Sports  Obituaries  Opinion  Life  Communities  Occasions  Photos  Video  Contests  Homes  Cars  Jobs  Classifieds

"This is a criminal act, so if law enforcement believes they are in violation of the statute, they would need to go in and issue a ticket and then it would go to the county attorney," Rupe said.

He did say he has been contacted by law enforcement about the Midwest Girls Club in Hastings.

"I have had inquiries from law enforcement and I have pointed them to that statute," he said.

Rupe also said that Harrington's announcement that the club will give away alcohol at select events doesn't preclude him from having a liquor license for the club. Section 53-186.01 is based on consumption, not on alcohol sales.

Harrington opened the Midwest Girls Club Dec. 3, but it was closed after three nights due to zoning and liquor license concerns raised by the city of Hastings. The zoning issues were resolved after a Dec. 8 meeting and on Dec. 16 the liquor license was surrendered for The Shed, where the Midwest Girls Club is operating.

Hastings City Attorney Dave Ptak said that resolved the city's issues and he deferred to the Liquor Control Commission regarding any other alcohol compliance issues.

Follow Tracy on **Twitter** or find her on **Facebook** and **Google Plus**.



More about **Shane Harrington**

More about **Midwest Girls Club**

Discuss                                                                                                Print

Posted in **Local** on *Thursday, December 17, 2015 11:00 pm.*  **Shane Harrington**, **Midwest Girls Club**, **David Ptak**, **Nebraska Liquor Control Commission**, **Hobert Rupe**

### Similar Stories
- Welcome home, National Guard
- Dozens line up for 'Star Wars: The Force Awakens' premiere
- Thirty-eight receive diplomas at GISH mid-term commencement
- State postcards causing confusion about property tax relief
- 'Night in Bethlehem' and 'Following the Star' offered this weekend

### Most Read
- 'Charlie' Sheffield, 76
- Teachers recognized for excellence
- Teen flown to Lincoln after car accident Saturday morning
- Charlie Sheffield, 76
- He was naked, but never afraid; G.I. man appears on reality show


RN/LPN, Medication Aide, Certified Nursing Assistant, Assistant DON/MDS Coordinat
12.13.15 | Healthcare
Radiologoy Technologist, Receptionist


The granddaughters inherited her love of quilting. It's the time to remember her love. CHOOSE WELL.
Livingston-Sondermann Funeral Home & Cremation Services
Faidley & Webb Road • 308.382.7070
The ONLY Local Crematory


Obstetricians & Gynecologists, P.C.
Specializing in You


ginetwork — friends fans followers
Instant values, discounts and offers from local businesses
RailroadTowne Only 6 more days until we choose our winners! Post your photos now! Its contest time!! Win a $50, $35 or $25....
https://t.co/moVTrsfML8
The 18th @ 2:08 PM • reply • retweet • favorite
BuzzsMarine Making the Wave :: Our Buzz's Marine crew getting the boats ready for our 38th Annual Used Boat
MORE Tweets and directory          FOLLOW


Century 21 Da-ly Rea...
Grand Island, NE
308-384-1101
1 2 3 4 5 6 7
Popular Searches | Browse By Category

 



STAR Student of the Month — CLICK HERE TO NOMINATE

Home   News   Regional

# Liquor control commission director: Harrington's Hastings business plan 'not legal'

28° Clear

Advanced Search
[Search our site]  [Go]

Story   Comments                                         Print   Font Size:

Posted: Friday, December 18, 2015 8:07 am

By Tracy Overstreet
World-Herald News Service

Nebraska Liquor Control Commission Director Hobert Rupe said a business plan that would allow patrons of a Hastings strip club to bring their own beer to the club is not legal.

Rupe said Chapter 53 of the Nebraska Revised Statutes is clear about that. He specifically referenced section 53-186.01, which states: "It shall be unlawful for any person owning, operating, managing, or conducting any dance hall, restaurant, cafe, or club or any place open to the general public to permit or allow any person to consume alcoholic liquor upon the premises except as permitted by a license issued for such premises pursuant to the Nebraska Liquor Control Act."



WORLD-HERALD NEWS SERVICE

**Shane Harrington**

Shane Harrington, a strip club owner, left, and Vince Valentino, an attorney hired to represent Hall County, at a Hall County Board meeting in November about zoning regulations for adult-oriented businesses. Harrington wore a camera on his hat that was recording throughout his testimony.

Harrington maintains that allowing patrons to bring in their own beer is legal because the Midwest Girls Club is a private membership club, which means it's private property. He said it's not any different than inviting a friend over to one's home and the friend bringing a six-pack.

### Related Stories

Related: **Midwest Girls Club to reopen in Hastings**

Related: **Adult entertainment club owner dropping lawsuit against city of Hastings**

"I disagree," Rupe said.

The private membership aspect makes no difference, he said.

"Private golf courses have liquor licenses and that's why," Rupe said.

The statute states alcohol consumption is prohibited without a license for any "dance hall, restaurant, cafe, or club or any place open to the general public." The list says "or," not "and," so any of the five locations listed is subject to licensing.

Rupe said the statute goes on to say that it's illegal to be consuming and there are penalties



**Hub Staff**
Tweets from a list by Kearney Hub
A list of Kearney Hub reporters and accounts.

Kearney Hub  6h
@KearneyHub
Police arrest man they say fired shots at them, in southwest Omaha bar bit.ly/1KGkcS5
pic.twitter.com/gbeMSXYOeu



**LOCAL NEWS VIDEOS**



More videos:



— a Class IV misdemeanor for the first offense, a Class II misdemeanor for the second offense to be operating the club and a Class III misdemeanor to be consuming in the club.

That means Harrington as owner, and patrons in the club, could all be subject to fines.

Rupe said he has no enforcement power over Harrington's re-opening of the Midwest Girls Club at 8 p.m. Thursday. The club's website lists several events at the club on Thursday, Friday and Saturday evenings. Rupe said enforcement over the club will be subject to city police, local sheriff's deputies or the Nebraska State Patrol.

"This is a criminal act, so if law enforcement believes they are in violation of the statute, they would need to go in and issue a ticket and then it would go to the county attorney," Rupe said.

He did say he has been contacted by law enforcement about the Midwest Girls Club in Hastings.

"I have had inquiries from law enforcement and I have pointed them to that statute," he said.

Rupe also said that Harrington's announcement that the club will give away alcohol at select events doesn't preclude him from having a liquor license for the club. Section 53-186.01 is based on consumption, not on alcohol sales.

Harrington opened the Midwest Girls Club Dec. 3, but it was closed after three nights due to zoning and liquor license concerns raised by the city of Hastings. The zoning issues were resolved after a Dec. 8 meeting and on Dec. 16 the liquor license was surrendered for The Shed, where the Midwest Girls Club is operating.

Hastings City Attorney Dave Ptak said that resolved the city's issues and he deferred to the Liquor Control Commission regarding any other alcohol compliance issues.

More about **Shane Harrington**

- ARTICLE: Adult entertainment club owner dropping lawsuit against city of Hastings (12-16-15)
- ARTICLE: Harrington says he will sue city of Hastings for $100 million (12-09-15)
- ARTICLE: Strip club opens in Hastings to surprise of city officials (12-07-15)
- ARTICLE: Hall County Board passes adult-oriented business regulations (11-03-15)

More about **Liquor Control Commission**

- ARTICLE: Nebraska cigar bar owners prepare for last smoke (01-05-15)

More about **Adult Entertainment**

- ARTICLE: Adult entertainment club owner dropping lawsuit against city of Hastings (12-16-15)

Discuss                                                                                                                    Print

Posted in Regional on Friday, December 18, 2015 8:07 am. | Tags:   Shane Harrington,   Liquor Control Commission,   Adult Entertainment,   Alcohol

### Similar Stories

- Police arrest man they say fired shots at them, in southwest Omaha bar
- Cellphone, computer seized from former Omaha day care worker charged in sexual assault of toddler
- Trump stakes victory in N.H. primary; Sanders has lead on Clinton

### Most Read

- Basketball game bully even got to me
- KPD looking for man who allegedly assaulted Casey's clerk
- Younes pleads guilty to unlawful hiring of undocumented worker
- Nicole Vancura








- Nebraska activists scold commission for Whiteclay beer sales
- Cabela's promotes executive to president but keeps CEO
- After 41 years of hard work, dedication to Kearney, Younes has created an Empire of Hospitality

**Office Manager**
02.09.16 | Administrative

**Permanent Positions**
02.09.16 | General

**WELDER POSITION**
02.08.16 | Manufacturing

**Food and Beverage Manager**
02.08.16 | Restaurant & Food Service

**LPN - Multiple Positions**
02.08.16 | Healthcare

**Yard/Delivery Position**
02.08.16 | Transportation

## Join the conversation.

Anyone can post a comment on Kearney Hub stories using their Facebook account. To comment, please sign in to your Facebook account before you comment.

Read our commenting policy.

**0 Comments** Sort by Newest

Add a comment...

Facebook Comments Plugin

Where Visual Creativity Meets Functionality
web
websites that work.
intellicomweb.com | 308-237-0684 | Kearney, NE

Best of Kearney 2016
Reader's Choice Awards
Vote Online Now through Feb. 15
WWW.BESTOFKEARNEY.COM

Hub ALERTS
CLICK HERE for news alerts & more!

## Sections

News
Sports
Obituaries
Opinions
Photos/Video
Classifieds
Coupons
Jobs
Marketplace
Contests
Big Red Auto Book
Live Well Nebraska

## Services

Legal Notices
Advertise
Subscribe
E-Paper
Special Sections
Print Ads
Submission Forms
Place Ad
Careers

## Misc

About Us
Copyright
Privacy Policy
Terms of Service
FAQ
Contact Us
Staff
Hubalerts

## Contact us

kearneyhub.com

Kearney Hub
**Phone number:** (308) 237-2152
**E-mail:** news@kearneyhub.com
**Address:** 13 East 22nd Street
P.O. Box 1988
Kearney, NE 68847

## Search

Search

Search in:

- [x] All
- [ ] News
- [ ] Sports
- [ ] Entertainment
- [ ] Opinion
- [ ] Obituaries
- [ ] Photos
- [ ] Video

Social Media: ALERTS Mobile Apps:

© Copyright 2016, Kearney Hub, Kearney, NE. BH Media Group, Inc | 13 East 22nd Street, Kearney, NE 68848; 308-237-2152.

State Farm — Angela Philbrick


32° Clear

Welcome! Login | Signup

Search [ ] GO

Home | News | Sports | Obits | Features | Photos | Video | Family Album | Opinion | E-Edition | Place Your Ad | Classifieds
Deals | Contests | Today's Ads | Employment | News Alerts | Reader Services | Weather | BIG RED AUTO BOOK | SAVE alot | findNEBIZ

Thanks for visiting Star-Herald. If you are a Star-Herald subscriber you are entitled to full access to all of our content for free. To learn more please click here.

14 Remaining

Home › News › Regional/Statewide

# Liquor official: Hastings strip club business plan not legal

Story | Comments | Print | Font Size:

Posted: Friday, December 18, 2015 6:00 pm

HASTINGS, Neb. (AP) — The director of Nebraska's Liquor Control Commission has said that a business plan allowing patrons of a Hastings strip club to bring their own beer is not legal.

The Grand Island Independent reports that Shane Harrington, the owner of Midwest Girls Club, maintains that the BYOB practice is legal because the establishment is a private membership club, which means it is private property.

Commission director Hobert Rupe disagrees, and notes that even private golf clubs need liquor licenses under the current law.

Rupe says that he has no power to enforce statutes at the establishment, but the club will be subject to enforcement by city police, local sheriff's deputies or Nebraska State Patrol. Rupe also says that Harrington's announcement that the club will give away alcohol at select events doesn't mean that he does not have to get a liquor license. According to the director, the liquor statute is based on alcohol consumption, not alcohol sales.

"This is a criminal act, so if law enforcement believes they are in violation of the statute, they would need to go in and issue a ticket and then it would go to the county attorney," Rupe said.

The club opened Dec. 3, but closed after three nights due to zoning and liquor license concerns raised by the city. The zoning issues were resolved and the club was scheduled to reopen Thursday.

Hastings City Attorney Dave Ptak said that he deferred to the Liquor Control Commission regarding any other alcohol compliance issues.

Trending Stories
- Scottsbluff police release photo of robbery suspect
- Crawford educator's teaching certificate suspended for violation of testing rules
- Scottsbluff police seeking suspect in Safeway robbery
- Geremy Maro Barthel
- Dog owners beware: No cure for canine dysautonomia
- Scottsbluff police release photo of robbery suspect
- Zika virus confirmed in Nebraska

Anderson Family Foot Care ad; Reck Agri Realty & Auction ad; Helberg and Nuss Auctions & Realty ad.


## In Case You Missed It...

Broncos parade through Denver, leave questions for later





Mr Tire — Stop by Mr Tire today!
702 Main Street, Bridgeport — 308-262-0115
401 S. Beltline Hwy West, Scottsbluff — 308-632-5307
40 W. Valley Road, Torrington — 307-532-4118
Panhandle Coop





