IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON and MIDWEST GIRLS CLUB,<br><br>  Plaintiffs,<br><br>vs.<br><br>HOBERT RUPE, et al.,<br><br>  Defendants. | 4:15-CV-3158<br><br>ORDER |

This matter is before the Court on the plaintiffs' FRCP Rule 41(a)(1) Notice of Case Dismissal (filing 83). The motion will be granted.

IT IS ORDERED:

1. The FRCP Rule 41(a)(1) Notice of Case Dismissal (filing 83) is granted.

2. The claims asserted between the plaintiffs and all of the defendants are dismissed without prejudice.

3. The parties shall bear their own costs and fees with respect to those claims.

Dated this 21st day of March, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge